DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERNANDO ROSAS,**
Appellant,

v.

**JASON MERCIER** and **NATASHA MERCIER,**
Appellees.

No. 4D2022-3073

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 21-002901.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellant.

Jason N. Goldman and Maidenly Macaluso of Davis Goldman, PLLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***